**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cr-20374-KMW**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JOSE JESUS ARGIZ,**

Defendant.
_________________________________________/

**PLAINTIFF'S RESPONSE TO DEENDANT'S NOTICE OF MATERIAL CHNANGE IN ECONOMIC CIRCUMSTANCES FOR TEMPORARY SIX-MONTH MODIFICAITON OF RESTITUTION PAYMENT SCHEDULE PURSUANT TO 18 U.S.C. § 3664(K)**

Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, hereby responds to the Defendant's Notice of Material Change in Economic Circumstances for Temporary Six-Month Modification of Restitution Payment Schedule Pursuant to 18 U.S.C. §3664(k). (ECF No. 123) and requests an extension of time to obtain financial information to property respond. In support thereof the government states the following:

1. On May 10, 2019, the Court entered judgment against Defendant Jesus Argiz including an order to pay an assessment in the amount of 500.00, the determination of the amount of restitution was deferred. [ECF No. 93]. On September 25, 2019, an Amended Judgment was entered imposing a restitution judgment in the amount of $38,000.00, plus statutory interest pursuant to 18 U.S.C. §3612.

2. The Amended Judgment also contains a payment schedule for restitution requiring that,

> Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the court may

> alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

3. To date, a total of $20,257.31 has been received and credited toward the restitution judgment, but the debt remains unsatisfied.

4. On August 17, 2026, the Defendant filed the instant Notice of Material Change in Economic Circumstances for Temporary Six-Month Modification of Restitution Payment Schedule Pursuant to 18 U.S.C. §3664(k) indicating that he cannot afford the monthly payment for a period of time.

5. On August 31, 2026, the United States filed it Response and request for more time to respond to obtain financial information. ECF No. 124. The Court granted the government's motion requiring the United States to respond by September 30, 2026[1]. A financial affidavit was sent to the defendant on that same date at the e-mail he provided, but no response was received.

6. Despite sending the defendant a financial statement of debtor to make an assessment of his financial status, he did not respond.

7. Without additional information about the defendant's current hardship and the alleged change in the defendant's financial circumstances, the Government cannot provide the Court a basis to modify the defendant's payment schedule and must oppose the defendant's request to modify his monthly payment schedule for six months.

WHEREFORE, the United States respectfully requests that the Court deny the defendant's request to reduce or modify his payment schedule.

Respectfully submitted,

JASON A, REDING QUIÑONES
UNITED STATES ATTORNEY

---

[1] The United States inadvertently and mistakenly did not file its response on that date due to an error in calendaring.

BY: */s/Danielle Croke*
Danielle Croke
Assistant U.S. Attorney
Fla. Bar No.: 0723258
400 S. Australian Avenue, 4th Floor
West Palm Beach, FL 33401
Tel. No. (561) 209-1035
Email: danielle.croke@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that the foregoing was sent by U.S. Mail on this same date to all pro se parties as listed below.

*/s/Danielle Croke*
Danielle Croke
Assistant United States Attorney

Jose Jesus Argiz
393 Lockheed Ave., Apt. 25
Marietta, GA 30060
E-mail: joejesargiz@gmail.com
Pro Se Defendant
Via E-mail and U.S. Mail